

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00237-CR

| | | |
|---|---|---|
| JIMMIE LEE HANCE, III, Appellant | § | On Appeal from the 90th District Court |
| | § | of Young County (10943) |
| V. | § | April 21, 2022 |
| | § | Memorandum Opinion by Justice Lee Ann Dauphinot |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By: /s/ Lee Ann Dauphinot
Justice Lee Ann Dauphinot